THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL-TONY VELEZ, Appellant, v DALE ARTUS, as Superintendent of Clinton Correctional Facility, Respondent.

Submitted August 4, 2008; decided September 11, 2008

Motion for reargument of motion for leave to appeal denied [*see* 10 NY3d 716 (2008)].